UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORELEY ZAVATTIERO, et al.,

                Plaintiffs,

    -against-

BAR WORKS, INC., et al.

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/18

17 Civ. 5386 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 30, 2017, Plaintiffs were ordered to enter appearances by May 30, 2018, and show cause before this Court on May 30, 2018, at 2:00 p.m., why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b);

    WHEREAS, on May 1, 2017, Plaintiffs' former counsel forwarded the April 30, 2017, Order to Plaintiffs by email and mail at their last known addresses;

    WHEREAS, by Order dated May 24, 2018, the show cause hearing was adjourned to May 31, 2017, at 10:30 a.m.;

    WHEREAS, Plaintiffs neither entered timely appearances nor attended the show cause hearing. It is hereby

    **ORDERED** that this case is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Any pending motions are DIMISSED as moot and all conferences are CANCELED.

Dated: May 31, 2018
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE